NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**HOLLY CARLSON,**
*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

_____

2021-1701

_____

Petition for review of the Merit Systems Protection Board in No. CH-1221-19-0109-W-1.

_____

**JUDGMENT**

_____

CHRISTOPHER STEWART, Gribble, Boles, Stewart & Witosky, Des Moines, IA, argued for petitioner. Also represented by FREDERICK ADAM SINKEVICH, Sinkevich Law Firm PLLC, Des Moines, IA.

ALISON VICKS, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BRIAN M. BOYNTON, MARTIN F. HOCKEY, JR., ALLISON KIDD-MILLER.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, BRYSON and DYK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 11, 2022          /s/ Peter R. Marksteiner
        Date                    Peter R. Marksteiner
                              Clerk of Court